**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

CRIMINAL ACTION NO. 5:19-MJ-05004-MAS

UNITED STATES OF AMERICA                                              PLAINTIFF

V.        **UNITED STATES'S MOTION TO DISMISS COMPLAINT**

HUSSAIN AL-AUQUAILI                                                   DEFENDANT

\* \* \* \* \*

The United States hereby moves to dismiss the criminal complaint filed in this matter, as the Defendant is being prosecuted in state court for the events forming the basis for the complaint.

>Respectfully submitted,
>
>ROBERT M. DUNCAN, JR.
>UNITED STATES ATTORNEY
>
>By:   s/ Andrew T. Boone
>      Andrew T. Boone
>      Assistant United States Attorney
>      260 W. Vine Street, Suite 300
>      Lexington, Kentucky 40507-1612
>      (859) 685-4841
>      FAX (859) 233-2747
>      andrew.boone2@usdoj.gov

## CERTIFICATE OF SERVICE

 On March 5, 2019, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

                /s/Andrew T. Boone
                Assistant United States Attorney